IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
Eric R. Massey, and
Katherine M. Massey
  Plaintiffs,

v.

Household Finance Corporation III
  Defendant.

No.:    12 B 18090

Adversary No.:12-01140

Judge:    Schmetterer

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Court has jurisdiction over this adversary pursuant to 28 U.S.C. sec. 151 et seq and 28 U.S.C. sec 1334 and Local Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding. The above referenced adversary case was filed on February 3, 2012. The return date for the Summons was March 12, 2012. The Plaintiffs served Household Finance Corporation III, by regular US mail c/o CT Corporation System, 208 S. LaSalle, Ste 814, Chicago, IL 60604. Household Finance Corporation III has failed to answer or otherwise plead in this case. The Debtors Chapter 13 case was filed on May 2, 2012. It has not been confirmed.

Among Debtors scheduled assets is the Debtors' residence, commonly known as 3529 Madison Street, Lansing, IL 60438, PIN#30-32-119-054-0000. The appraised value of said real estate is $90,000.00 as demonstrated by the Uniform Residential Appraisal Report of record. Household Finance Corporation III holds a second mortgage on the subject premises. The lien of the first mortgage held by BAC Home Loans is $178,000.00. The lien of the second mortgage held by Household Finance Corporation III is $34,500.00 at this time.

Under sections 506(a) and 506(d), Household Finance Corporation III's second mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and would be void to the extent it is not an allowed secured claim. Under sections 506(a) and 506(d), Household Finance Corporation III's second mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and would be void to the extent it is not an allowed secured claim. The amount owed on the first

mortgage, $178,000.00, exceeds the value of the real estate, $90,000.00. Household Finance Corporation III's second mortgage is wholly unsecured and may be stripped off. (See *In re: Pence*, 905 F.2d 1107 (7th Cir. 1990), *In Re: King*, 290 B.R. 642(C.D. Ill.2003), and this Court's opinion in *In re Forrest*, 09 B 20874 (N.D. Ill. 9/16/2009) *Slip Op.*

WHEREFORE, for the foregoing reasons, a judgment by default will be entered in favor of the Plaintiffs and against Defendant 3529 Madison Street, Lansing, IL 60438 Household Finance Corporation III, stripping the Defendant's second mortgage on the Plaintiffs residential real estate.

ENTER

U.S. Bankruptcy Judge
SEP 27 2012

Dated: 9/27/12

William J. Moroney
Atty No.: 6186591
Edwin L. Feld & Associates, LLC
29 S. LaSalle, Suite 328
Chicago, IL 60603
(312) 263-2100